UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WESLEY SINCLAIR RICKS | CIVIL ACTION |
| VERSUS | NO. 25-0364 |
| DEPT. OF JUSTICE, ET AL. | SECTION "E" (2) |

## ORDER AND REASONS

Plaintiff Wesley Sinclair Ricks filed a Motion for Summary Judgment (ECF No. 10) in this *in forma pauperis* civil rights action under 42 U.S.C. § 1983, in which he challenges the defendants' joinder of his capital and non-capital offenses and failure to reverse his criminal conviction and sentence. ECF No. 5 at 5-6. After the filing of the motion, Ricks filed a Notice to the Court (ECF No. 11) requesting that the Court disregard his motion for summary judgment until the material facts in the case are developed.

The court is currently conducting its statutory frivolousness review of Ricks' complaint pursuant to 28 U.S.C. § 1915A, § 1915(e)(2), and 42 U.S.C. § 1997e(c), as applicable. As part of that review, the court also may schedule a *Spears*[1] hearing to further develop the facts alleged in the complaint. Only after completion of the required screening process and service of his claims on defendants would the court be in a position to address a motion for summary judgment. Therefore, at this time, Ricks' motion for summary judgment is premature. Accordingly,

**IT IS ORDERED** that Wesley Sinclair Ricks' request that the court disregard Motion for Summary Judgment (ECF No. 10) is **GRANTED** and the motion is **DENIED** without prejudice to his right to refile after completion of the statutorily mandated screening review and service of his claims upon defendants.

New Orleans, Louisiana, this  31st  day of March, 2025.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), *overruled on other grounds by Neitzke v. Williams*, 490 U.S. 319 (1989); *see also Wilson v. Barientos*, 926 F.2d 480, 482 (5th Cir. 1991) (discussing purpose of *Spears* hearing).