# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WESLEY SINCLAIR RICKS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-0364** |
| **DEPT. OF JUSTICE, ET AL.** | **SECTION "E" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Wesley Sinclair Ricks' 42 U.S.C. § 1983 complaint be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915(e), § 1915A, and 42 U.S.C. § 1997e as frivolous and otherwise for failure to state a claim for which relief can be granted.

**ALTERNATIVELY**, it is **ORDERED** that the claims against State of Louisiana, Louisiana Supreme Court, Louisiana Department of Justice, Morehouse Parish, Iberia Parish, Louisiana Attorney General Liz Murrill, Morehouse Parish District Attorney Robert S. Tew, Unidentified Iberia Parish District Attorney, Louisiana Supreme Court Chief Justice John L. Weimer, Unidentified Chief Justice of the Louisiana Second Circuit Court of Appeal, and the Clerk of Court for Morehouse Parish Tifani S. Thomas be **DISMISSED** as *Heck* barred.

**ALTERNATIVELY**, it is **ORDERED** that the claims against the State of Louisiana, Louisiana Supreme Court, Louisiana Department of Justice, Louisiana

Attorney General Liz Murrill be **DISMISSED WITHOUT PREJUDICE** on the basis of Eleventh Amendment immunity.[1]

**New Orleans, Louisiana, this 3rd day of July, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court's order referring the motion to amend complaint (R. Doc. 18) to the magistrate judge is **VACATED** as the action has been dismissed with prejudice. The motion to amend complaint (R. Doc. 16) is **DENIED** as **MOOT**.